Law Offices
# CHANCE & McCANN

*Limited Liability Company*
201 WEST COMMERCE STREET
PO BOX 278
BRIDGETON, NJ 08302
(856) 451 9100
Fax (856) 455 5227

Email: shannamccann@chancemccann.com

Website: www.chancemccann.com

WOODSTOWN OFFICE
*By Appointment Only*
(856) 769 9001

**KEVIN P. McCANN**

CERTIFIED BY THE SUPREME COURT OF NEW
JERSEY AS A CIVIL TRIAL ATTORNEY
CERTIFIED BY THE NATIONAL BOARD OF TRIAL
ADVOCACY AS A CIVIL TRIAL ADVOCATE
MEMBER OF THE UNITED STATES DISTRICT
COURT OF THE SOUTHERN DISTRICT OF TEXAS
L.L.M. TAXATION
R.1:40 QUALIFIED MEDIATOR

SHANNA McCANN *°
MATTHEW WENG
ANDREA RHEA
CLAUDIA GALLAGHER

* ALSO A MEMBER OF THE PA BAR
° CERTIFIED BY THE SUPREME COURT OF
NEW JERSEY AS A MUNICIPAL COURT
LAW ATTORNEY

April 14, 2022

Honorable Robert B. Kugler
Honorable Ann Marie Donio, USDJ
United States District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th and Cooper Streets, Room 1050
Camden NJ 08101

Re: Estate of Moore v. Cumberland, et al. No. 17-2839
Estate of Moore v. Roman, et al. No. 18-16345

Your Honor:

I represent the Defendant, Cumberland County in No. 17-2839 and Third Party-Defendant, Cumberland County in No. 18-16345 hereinafter referred to collectively as the County in the above captioned matters.

Since March 21, 2022, the parties have been actively engaged in mediating the above cases with the Honorable Diane Welsh, U.S.M.J. Ret. I am pleased to report that the parties have reached an agreement in principle to settle the above referenced cases.

As you are aware, Plaintiff's counsel is in the process of filing the appropriate motions in the New Jersey Superior Court for appointment of a new administrator ad prosequendum. Releases will not be able to be completed until that process is finalized, but once that occurs a stipulation of dismissal will be filed.

Thank you for your attention to this matter.

                                        Sincerely,

                                        CHANCE & MCCANN

                                        *s/Shanna McCann*
                                        SHANNA MCCANN

cc:    all counsel of record via ECF